IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | NO. 9:14-CR-13(1) |
| | § | |
| HENRY KORVETT BAMS | § | |

**ORDER ADOPTING THE MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

Pending is a motion to suppress evidence (Doc. No. 61) filed by the Defendant, Henry Korvett Bams. The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge for consideration pursuant to applicable laws and orders of this court.

Bams moved to suppress evidence obtained during traffic stops in Nacogdoches County, Texas, and Hot Springs County, Arkansas. Judge Hawthorn concluded that both traffic stops satisfied the constitutional parameters established by the Supreme Court in Terry v. Ohio, 392 U.S. 1, and recommended that Bams' motion to suppress be denied. (Doc. No. 79.)

Bams filed objections to the Magistrate Judge's Report and Recommendation. (Doc. No. 83, 93.) After conducting a *de novo* review, the court concludes that the magistrate judge's findings, conclusions and analysis are correct. Accordingly, the Defendant's objections are **OVERRULED**, and the report of the magistrate judge (Doc. No. 79) is **ADOPTED**. It is further

**ORDERED** that the Defendant's motion to suppress (Doc. Not. 61) is **DENIED.**
**It is SO ORDERED.**
SIGNED this 11th day of June, 2015.

_____
MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE